**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

VENA PARAY,                                                   :
                                                             :
                            Plaintiff,                       :            24-CV-4526 (JHR) (OTW)
                                                             :
            -against-                                        :            **ORDER**
                                                             :
VHF INC., et al.,                                            :
                                                             :
                            Defendants.                      :
                                                             :
--------------------------------------------------------------x

        **ONA T. WANG, United States Magistrate Judge**:

        The Court is in receipt of ECF 52, wherein Defendants request that the Court strike a

series of letters submitted by *pro se* Plaintiff Vena Paray. (*See* ECF Nos. 29, 30, 45-51). In certain

of these letters, Plaintiff makes numerous derogatory statements about Defendants Rohde and

Soliman concerning their race and/or religion, and accuses Defendants of being members of

terrorist organizations. (*See* ECF Nos. 46, 47, 50). Plaintiff's other letters do not contain such

derogatory statements, but include material that is immaterial to this case and/or requests for

relief that the Court cannot grant. (ECF Nos. 29, 30, 45, 48, 49, 51). After Defendants filed their

letter request, Plaintiff filed two additional letters that make the same abusive allegations.

(ECF Nos. 53, 54).

        "Whether to grant or deny a motion to strike is vested in the trial court's sound

discretion." *Outlaw v. City of New York*, 22-CV-9288 (PAE), 2024 WL 4825955, at *3 (S.D.N.Y.

Nov. 19, 2024). A court may strike filings that are "abusive or otherwise improper under the

circumstances." *Id.* "The inherent powers authorizing a court to strike improper materials

derive not from rule or statute but from the control necessarily vested in courts to manage

their own affairs so as to achieve the orderly and expeditious disposition of cases." *Id.* (internal quotations omitted).

Defendants' request to strike Plaintiff's letters is **GRANTED in part, DENIED in part.** The Court will strike from the docket only those letters that contain abusive and derogatory accusations levied towards the Defendants. The Court declines to strike the remainder of Plaintiff's letters.

Plaintiff is warned that future letters containing such information may be stricken from the docket and the Court may issue other sanctions as appropriate (e.g., requiring Plaintiff to obtain the Court's permission before filing anything on the docket) under Fed. R. Civ. P. 16, 28 U.S.C. § 1927, and/or the Court's inherent authority. If Plaintiff needs assistance with this case, she may contact the Pro Se Intake Unit at (212) 805-0175.

The Clerk of Court is respectfully directed to **STRIKE** ECF Nos. 46, 47, 50, 53, and 54 from the docket.

**SO ORDERED.**

_____/s/  Ona T. Wang_____

**Ona T. Wang**
United States Magistrate Judge

Dated: July 23, 2025
       New York, New York