UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VENA PARAY,

                Plaintiff,

-against-                              24 **CIVIL** 4526 (JHR)(OTW)

## **JUDGMENT**

VHF INC., et al.,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2025, the Report and Recommendation is adopted in its entirety. Defendants' motion to dismiss, ECF No. 16, is granted, and the Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       September 30, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                           **BY:**          K. Mango

                                                      **Deputy Clerk**